1  HARVEY P. SACKETT (72488)

2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.

3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444

6

7  /jgl
   Attorney for Plaintiff
8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                         FRESNO DIVISION

12 
   CARRIE L. JAMIESON,              )   No.: 1:09-cv-00490 LJO DLB
13                                   )
              Plaintiff,             )
14                                   )
   v.                                )   ORDER
15                                   )
   MICHAEL J. ASTRUE,                )
16 Commissioner,                     )
   Social Security Administration,   )
17                                   )
                                     )
18            Defendant.             )
                                     )
19 
   _____
20 

21     The court having considered the Plaintiff's Motion for Extension of Time Within Which

22 to Submit Confidential Letter:

23     ORDERS that Plaintiff's Motion is granted and Plaintiff may submit her confidential letter

24 brief up through and including September 23, 2009.

25 
   Dated:  September 3, 2009          __/s/ Dennis L. Beck_____
26                                     HONORABLE DENNIS L. BECK
                                       United States Magistrate Judge
27 

28