1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARRIE L. JAMIESON, | ) | 1:09cv0490 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 17) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 4, 2010, the parties filed a stipulation and proposed order to allow Plaintiff a second extension of time to file her opening brief.  The parties' request is GRANTED.  Plaintiff's opening brief SHALL be filed on or before February 16, 2010.


IT IS SO ORDERED.

**Dated:   February 4, 2010**                    _____/s/ Dennis L. Beck_____
UNITED STATES MAGISTRATE JUDGE

1