BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARRIE JAMIESON,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 1:09-CV-00490-LJO-DLB<br><br>STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action:

    The ALJ will be directed to update the medical record, and to offer Plaintiff a new hearing and the opportunity to present new evidence. Where it is warranted, the ALJ shall give appropriate weight to the opinion of Plaintiff's treating physician, and consider the entire record in making a new credibility determination. The ALJ will obtain supplemental vocational expert evidence, and will ensure that the hypothetical questions to the vocational expert will include all the claimant's limitations.

The parties stipulate that no specific aspect of the ALJ's prior decision will be affirmed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                            Respectfully submitted,

Dated: March 9, 2010                *s/ Harvey Sackett*
                                            (As authorized by email)
                                            HARVEY SACKETT
                                            Attorney for Plaintiff Carrie Jamieson

Date: March 9, 2010                 BENJAMIN B. WAGNER
                                            United States Attorney

                                          By *s/ Daniel P. Talbert*
                                            DANIEL P. TALBERT
                                            Special Assistant U. S. Attorney

                                          Attorneys for Defendant

<u>ORDER</u>

IT IS SO ORDERED.

**Dated:   March 10, 2010**                     **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE