BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARRIE JAMIESON,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 1:09-CV-00490-LJO-DLB<br><br>STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND FOR COSTS PURSUANT TO 28 U.S.C. § 1920 |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND dollars and 0 cents ($5,000.00), and costs in the amount of $368.96.  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of FIVE THOUSAND dollars and 0 cents ($5,000.00) in EAJA fees and $368.96

in costs shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this civil action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted April 21, 2010.

Dated: April 21, 2010            *s/ Harvey Sackett*
                                 (As authorized by email)
                                 HARVEY SACKETT
                                 Attorney for Plaintiff Carrie Jamieson

Date: April 21, 2010             BENJAMIN B. WAGNER
                                 United States Attorney

                             By *s/ Daniel P. Talbert*
                                 DANIEL P. TALBERT
                                 Special Assistant U. S. Attorney

                                 Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **April 21, 2010**             **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE

2