IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE L. JAMIESON, ) | 1:09cv0490 LJO DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| Plaintiff, ) | |
| ) | (Documents 25, 27) |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Petitioner Harvey P. Sackett ("Counsel"), attorney for Plaintiff Carrie Jamieson ("Plaintiff"), filed the instant application for fees pursuant to 42 U.S.C. § 406(b)(1) on December 28, 2010.

    On February 9, 2011, the Magistrate Judge issued Findings and Recommendation that the application be granted in the amount of $34,500.00.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fourteen (14) days. Over fourteen days have passed and no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation dated February 9, 2011, is ADOPTED IN FULL; and

2. The application is GRANTED in the amount of $34,500.00.  This amount shall be payable directly to Counsel.  Upon payment, Counsel is directed to refund $5,000.00 to Plaintiff.

The clerk is directed to term docs. 25 and 27.

IT IS SO ORDERED.

**Dated:   March 4, 2011**               /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE